## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

    KURT N SPETEN
    LOIS E SPETEN

    Debtor(s)

Case No. - BKY 16-40416 KHS
Chapter 13

### TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
### CLAIM HOLDER: US BANK TRUST NATIONAL ASSOC

Gregory A. Burrell, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1.    The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

**Name of Creditor**: US BANK TRUST NATIONAL ASSOC

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 625 | 1689 | $35940.66 | $35940.66 | $35940.66 |
| Direct Amount Paid by Debtor | | | | $0.00 |
| Total Amount Paid by Trustee | | | | $35940.66 |

2.    This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3.    NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE.   THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE.   FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

Gregory A. Burrell, Chapter 13 Trustee
100 South Fifth Street, Suite 480
Minneapolis, MN  55402
(612) 338-7591

### VERIFICATION

I, Linda Goneau, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.


Date:   February 25, 2021                                    /s/ Linda Goneau

### CERTIFICATE OF SERVICE

I, Linda Goneau, employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury, that on February 25, 2021, I served a copy of this notice on the individual(s) named below, in the manner described.

**Copy to Debtor(s) addressed to:**


KURT N SPETEN
LOIS E SPETEN
6230 OTTER LAKE ROAD
LINO LAKES, MN  55110-1016


**Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage prepaid addressed to:**

RUSHMORE LOAN MGMT SVCS
PO BOX 55004
IRVINE, CA  92619-

US BANK TRUST NATIONAL ASSOC
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA  95501-


John D Lamey III
980 Inwood Avenue North

Oakdale, MN  55128-

Randall S. Miller & Associates, P.C.
Canadian Pacific Plaza, Suite #2050
120 South Sixth Street
Minneapolis MN 55402-


and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 25, 2021

                                                            /e/ Linda Goneau